DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES SCHACKLEFORD,**
Appellant,

v.

**CRACKER BOY BOAT WORKS, INC.** and **MARTIN E. MURPHY,**
Appellee.

No. 4D19-941

[January 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502018CA000142.

Craig L. Berman of Berman Law Firm, P.A., St. Petersburg, for appellant.

Robert B. Birthisel, Cynthia M. Dennen, and John S. Valenti of Hamilton, Miller & Birthisel, LLP, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***